ct118                                                                                                                                    03/2024

# United States Bankruptcy Court
## District of Connecticut



In re:

    Cristina Martinez

    Debtor *

Case Number: 24-20167

Chapter: 7

NewRez LLC d/b/a Shellpoint Mortgage Servicing

Movant(s)

v.

Cristina Martinez

Anthony S. Novak

Respondent(s)

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon the Motion for Relief from Stay dated July 25, 2024 (the "Motion", ECF No. 29), filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Movant"), after notice and a hearing, see 11 U.S.C. § 102(1), and in accordance with 11 U.S.C. § 362(d)(1) and in compliance with the Court's Contested Matter Procedure; it is hereby

**ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 47 Hillsboro Drive, West Hartford, CT 06107, in accordance with applicable non-bankruptcy law; and it is further

**ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is not hereby waived.

BY THE COURT

Dated: August 14, 2024

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.